



_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

IN RE:  
Patricia A Lynch

SSN#: XXX-XX-6716

Case No. 16-50119

Chapter 13

Related Docket #: 34

## ORDER

ON 7/13/2018, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ] Plan payments are in substantial default.

[ X ] Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ X ] Plan payments are set at $1,085.00 per month starting with payment due August 2018, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ X ] This case is subject to dismissal without any further notice upon default on any plan payment due over the next six (6) months starting with the payment due August 2018.

This Order has been signed electronically.  
The Judge's signature and Court's seal  
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT

{:20180713170158:}